IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN KRUEGER,

      Plaintiff,                                                                   ORDER

v.
                                                                                   Case No.  20-cv-1005-wmc
HURLEY LANDERS,

      Defendant.

      Plaintiff Kevin Krueger has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

      For this case to proceed, plaintiff must submit the certified trust fund account statement no later than November 24, 2020. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

      IT IS ORDERED that plaintiff Kevin Krueger may have until November 24, 2020 to submit a trust fund account statement for the period beginning approximately May 3, 2020 and ending approximately November 3, 2020.  If, by November 24, 2020, plaintiff fails to

respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 3rd day of November, 2020.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge